United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11514-jkf
William James Crammer                                                 Chapter 7
Kelly Joan Crammer
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Lisa              Page 1 of 2              Date Rcvd: Mar 14, 2019
                             Form ID: 309A           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
```
db/jdb        +William James Crammer,   Kelly Joan Crammer,   1045 N. West End Blvd.,   Lot 375,
                Quakertown, PA 18951-4150
14286522      +AT&T UNIVERSAL CARD/CITIBANK N.A.,    P.O. BOX 6241,    SIOUX FALS, SD 57117-6241
14286524      +BANK OF AMERICA N.A.,    4909 SAVARESE CIRCLE FL 1,    TAMPA, FL 33634-2413
14286542       Equifax Credit Information Services, Inc,   P.O. Box 740256,   Atlanta, GA  30374-0256
14286543      +Experian,   P.O. Box 9701,   Allen, TX 75013-9701
14286544       Experian Information Systems,   Attn: Dispute Department,   P.O. Box 2002,
                Allen, TX  75013-2002
14286545      +Innovis Data Solutions,    250 E. Town St.,   Columbus, OH 43215-4631
14286532       N.J. DIVISION OF TAXATION BANKRUPTCY SECTION,    P.O. BOX 245,   TRENTON, NJ  08695-0245
14286533       SALLIE MAE,   P.O. BOX 3329,   WILMINGTON, DE  19804
14286538      +TD BANK USA TARGET CARD SERVICES,    P.O. BOX 1470,    MINNEAPOLIS, MN 55440-1470
14286548      +Transunion Corporation,    2 Baldwinm Place,   P.O. Box 1000,   Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: mwglaw@msn.com Mar 15 2019 03:30:44     MICHAEL W. GALLAGHER,
                401 West Johnson Highway,   Suite 4,   East Norriton, PA  19401
tr            +EDI: BBBFINKEL.COM Mar 15 2019 07:08:00      BONNIE B. FINKEL,   Bonnie B. Finkel,
                P.O. Box 1710,   Cherry Hill, NJ 08034-0091
smg            E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:26     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:25     Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:15     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 15 2019 03:31:54     United States Trustee,
                Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14286523       EDI: BANKAMER.COM Mar 15 2019 07:08:00      BANK OF AMERICA,   P.O. BOX 982238,
                EL PASO, TX  79998
14286525       EDI: TSYS2.COM Mar 15 2019 07:08:00      BARCLAYCARD CARD SERVICES,   P.O. BOX 8803,
                WILMINGTON, DE  19899-8803
14286526      +EDI: CHASE.COM Mar 15 2019 07:08:00      CHASE BANK CARDMEMBERS SERVICES,   P.O. BOX 15298,
                WILMINGTON, DE 19850-5298
14286527      +EDI: CITICORP.COM Mar 15 2019 07:08:00      CITIBANK CUSTOMER SERVICE,   P.O. BOX 6241,
                SIOUX FALLS, SD 57117-6241
14286528      +EDI: TSYS2.COM Mar 15 2019 07:08:00      DSNB/MACYS,   P.O. BX 8218,   MASON, OH 45040-8218
14286529       EDI: CITICORP.COM Mar 15 2019 07:08:00      HOME DEPOT/CITIBANK N.A.,   P.O. BOX 6497,
                SIOUX FALLS, SD  57117-6497
14286530       EDI: IRS.COM Mar 15 2019 07:08:00      INTERNAL REVENUE SERVICE,   P.O. BOX 7346,
                PHILADELPHIA, PA  19101-7346
14286531      +EDI: CBSKOHLS.COM Mar 15 2019 07:08:00      KOHLS DEPARTMENT STORE,   P.O. BOX 3115,
                MILAWUKEE, WI 53201-3115
14286531      +E-mail/Text: bncnotices@becket-lee.com Mar 15 2019 03:31:01     KOHLS DEPARTMENT STORE,
                P.O. BOX 3115,   MILAWUKEE, WI 53201-3115
14286547       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:25     PA Department Of Revenue,
                Attn: Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA  17128-0946
14286534       EDI: RMSC.COM Mar 15 2019 07:08:00      SYNCHRONY BANK/AMAZON PLCC,   P.O. BOX 966015,
                ORLANDO, FL  32896-5015
14286535      +EDI: RMSC.COM Mar 15 2019 07:08:00      SYNCHRONY BANK/BP DC,   P.O. BOX 965024,
                ORLANDO, FL 32896-5024
14286536       EDI: RMSC.COM Mar 15 2019 07:08:00      SYNCHRONY BANK/JCPENNEYS,   P.O. BOX 965007,
                ORLANDO, FL  32896-5007
14286537       EDI: RMSC.COM Mar 15 2019 07:08:00      SYNCHRONY BANK/SAMS CLUB,   P.O. BOX 965005,
                ORLANDO, FL  32896-5005
14286539      +EDI: USAA.COM Mar 15 2019 07:08:00      USAA SAVINGS BANK,   10750 MCDERMOTT,
                SAN ANTONIO, TX 78288-1600
14286540       EDI: WFFC.COM Mar 15 2019 07:08:00      WELLS FARGO DEALER SERVICES,   P.O. BOX 168048,
                MAC T9017-026,   IRVING, TX  75016-8048
14286541      +EDI: WFFC.COM Mar 15 2019 07:08:00      WELLS FARGO DEALER SERVICES,   P.O. BOX 1697,
                WINTERVILLE, NC 28590-1697
                                                                                              TOTAL: 23
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14286546*      Internal Revenue Service,   Centralized Insolvency Operation,   P.O. Box 7346,
                Philadelphia, PA  19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Lisa                  Page 2 of 2                   Date Rcvd: Mar 14, 2019
                               Form ID: 309A               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:

```
              BONNIE B. FINKEL    finkeltrustee@comcast.net,  NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              MICHAEL W. GALLAGHER    on behalf of Joint Debtor Kelly Joan Crammer mwglaw@msn.com,
               mwglaw1@verizon.net
              MICHAEL W. GALLAGHER    on behalf of Debtor William James Crammer mwglaw@msn.com,
               mwglaw1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | William James Crammer | Social Security number or ITIN | xxx–xx–6571 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kelly Joan Crammer | Social Security number or ITIN | xxx–xx–3322 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 7 | 3/12/19 |
| Case number: | 19–11514–jkf | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William James Crammer | Kelly Joan Crammer |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1045 N. West End Blvd. Lot 375 Quakertown, PA 18951 | 1045 N. West End Blvd. Lot 375 Quakertown, PA 18951 |
| 4. | **Debtor's attorney** Name and address | MICHAEL W. GALLAGHER 401 West Johnson Highway Suite 4 East Norriton, PA 19401 | Contact phone (484)679–1488 Email:  mwglaw@msn.com |
| 5. | **Bankruptcy trustee** Name and address | BONNIE B. FINKEL Bonnie B. Finkel P.O. Box 1710 Cherry Hill, NJ 08034 | Contact phone 856–216–1278 Email:  finkeltrustee@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor  **William James Crammer**  and  **Kelly Joan Crammer**                                    Case number **19–11514–jkf**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.  Contact phone (215)408–2800  Date: 3/13/19 |
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 7, 2019 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **3 Municipal Way, Public Hall, Langhorne, PA 19047** |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/6/19** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page **2**